THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant, *v.* THE CITY OF BUFFALO, Respondent.

*D. & H. Canal Co.* v. *City of Buffalo*, 39 App. Div. 333, affirmed.
(Argued May 8, 1901; decided May 24, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 4, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at an Equity Term.

*George L. Lewis* for appellant.

*William H. Cuddeback* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

MOSES PETRIE, Respondent, *v.* NATIONAL BANK AND LOAN COMPANY, Appellant.

*Petrie* v. *National Bank & Loan Co.*, 46 App. Div. 634, affirmed.
(Argued May 8, 1901; decided May 24, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 8, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*John Lansing* for appellant.

*Elon R. Brown* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.